UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of X.AI LLC for Subpoena to OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>X.AI LLC,<br><br>    Petitioner,<br><br>v.<br><br>OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>    Respondents. | Case No. 3:25-mc-80299<br><br>**DECLARATION OF BRUCE APPLIN IN SUPPORT OF X.AI LLC'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

I, Bruce Applin, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Senior Director of Information Security, at X Corp., which is a wholly owned indirect subsidiary of X.AI Holdings Corp. I submit this declaration in support of X.AI LLC's ("xAI") Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. In my role as Senior Director of Information Security, I am a senior security executive overseeing crisis management, operational resilience, business continuity, insider threat, security investigations, security training, and employee background checks. In my work on Strategy, Governance, Risk, and Compliance (SGRC), I help X and xAI manage information security risks, ensure compliance with relevant regulations and standards, and manage security throughout the organizations. I engage in Open Source Intelligence (OSINT), gathering and analyzing publicly available information to produce actionable intelligence including as related to cybersecurity and national security threats. I have been employed at X Corp. (previously Twitter, Inc.) for more than five years.  Prior to joining Twitter, I served 23 years as a Federal Law Enforcement Officer including 17 years as an FBI agent.

3. Jimmy Fraiture ("Fraiture") was a senior production engineer formerly employed by X.AI London Ltd, an affiliate of xAI, as one of xAI's first 50 engineers. He resigned from xAI and his employment ended on September 1, 2025, in order to move to OpenAI. OpenAI is xAI's principal competitor.

4. xAI recently became aware that on July 31, 2025, Fraiture AirDropped (i.e., copied via an Apple product feature that transfers files between Apple devices) to his personal Apple device significant, high-value parts of xAI's highly confidential codebase, together with a video recording of a confidential internal meeting that had taken place on July 30, 2025 in which Mr. Musk detailed xAI's future strategic and development plans. This source code includes code at the heart of xAI's business, and xAI's most sensitive development plans.

Executed on this 26th day of September, 2025, at Flagstaff, AZ.

*/s/ Bruce Applin*
Bruce Applin