1  KATHI VIDAL (State Bar No. 194971)
   kvidal@winston.com
2  MATTHEW R. MCCULLOUGH (State Bar No. 301330)
   mrmccullough@winston.com
3  CARSON SWOPE (State Bar No. 353352)
   cswope@winston.com
4  **WINSTON & STRAWN LLP**
   255 Shoreline Drive, Suite 520
5  Redwood City, CA 94065
   Telephone: (650) 858-6500
6  Facsimile: (650) 858-6550

7  *Attorneys for Petitioner X.AI LLC*

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| *In re* Application of X.AI LLC for Subpoena to OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>X.AI LLC,<br><br>　　　Petitioner,<br><br>v.<br><br>OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>　　　Respondents. | Case No. 3:25-mc-80299<br><br>**DECLARATION OF CARSON SWOPE IN SUPPORT OF X.AI LLC'S APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

I, Carson Swope, pursuant to 28 U.S.C. § 1746 declare as follows:

1. I am admitted to practice in the United States District Court, Northern District of California, attorney at Winston & Strawn, LLP, and counsel of record for Petitioner X.AI LLC ("Petitioner" or "xAI") in the above-captioned matter. I submit this declaration in support of xAI's Application for an Order Pursuant to 28 U.S.C. § 1782 to Take Discovery for Use in Foreign Proceedings. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of xAI's proposed subpoena to OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Complaint for: (1) Breach of Employee Confidential Information and Invention Assignment Agreement and Termination Certificate and Authorization; (2) Misappropriation of Trade Secrets (18 U.S.C § 1836 et seq.); (3) Violation of Computer Data and Access Fraud Act (Cal. Penal Code § 502); and (4) Fraud filed in *X.AI Corp. and X.AI LLC v. Xuechen Li*, No. 3:25-cv-07292, ECF No. 1, dated August 28, 2025.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Bruce Applin in Support of Plaintiffs' Motion for Temporary Restraining Order, Order to Show Cause Why Preliminary Injunction Should Not Issue, and Order Permitting Expedited Discovery, *X.AI Corp. and X.AI LLC v. Xuechen Li*, No. 3:25-cv-07292, ECF No. 8-3, dated August 28, 2025.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the Temporary Restraining Order granted by District Court Judge Rita F. Lin in *X.AI Corp. and X.AI LLC v. Xuechen Li*, No. 3:25-cv-07292, ECF No. 20, dated September 2, 2025.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the Employee Confidential Information and Invention Assignment Agreement dated March 4, 2025, and signed by Jimmy Fraiture ("Fraiture").

7. Attached hereto as **Exhibit 6** is a true and correct copy of the State of California Registration Out-of-State Limited Liability Company form of OpenAI Global, LLC, filed May 1, 2023.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the State of California Statement of Information Limited Liability form of OpenAI Global, LLC, filed March 14, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the State of California Statement and Designation by Foreign Corporation form of OpenAI, Inc. filed January 7, 2016.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the State of California Statement of Information Corporation form of OpenAI, Inc. filed November 6, 2024.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the State of California Registration Out-of-State Limited Liability Company form of OpenAI OpCo, LLC, filed May 8, 2023.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the State of California Statement of Information Limited Liability form of OpenAI OpCo, LLC, filed April 24, 2025.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Claim Form filed in *(1) X.AI London Ltd (2) X.AI LLC v. Jimmy Fraiture*, No. KB-2025-003372, filed on September 10, 2025, in the High Court of Justice, King's Bench Division in England.

14. Attached hereto as **Exhibit 13** is a true and correct copy of correspondence from solicitors for Fraiture dated September 8, 2025.

15. Attached hereto as **Exhibit 14** is a true and correct copy of correspondence from solicitors for Fraiture dated September 9, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 26, 2025, at San Francisco, California.

*/s/ Carson Swope*
Carson Swope