# EXHIBIT 6

202356911059



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**REGISTRATION**
**OUT-OF-STATE LIMITED LIABILITY COMPANY**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only

**-FILED-**

File No.: 202356911059
Date Filed: 5/1/2023

| | |
|---|---|
| **Limited Liability Company Name** | |
| Limited Liability Company Name | OpenAI Global, LLC |
| **Jurisdiction** | |
| Limited Liability Company is Formed in | DELAWARE |
| **Authority Statement** | |
| This LLC currently has powers and privileges to conduct business in the state, foreign country or other jurisdiction entered above. | |
| **Street Address of Principal Office of LLC** | |
| Principal Address | 1960 BRYANT STREET<br>SAN FRANCISCO, CA 94110 |
| **Mailing Address of LLC** | |
| Mailing Address | 1960 BRYANT STREET<br>SAN FRANCISCO, CA 94110 |
| Attention | |
| **Street Address of California Office of LLC** | |
| Street Address of California Office | None |
| **Agent for Service of Process** | |
| ☒ I certify the selected California Registered Corporate Agent (1505) has agreed to serve as the Agent for Service of Process for this entity. | |
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

**Consent to Service of Process**

The Secretary of State is appointed as the agent of the foreign (out-of-state) limited liability company for service of process if the agent has resigned and has not been replaced or if the agent cannot be found or served with the exercise of reasonable diligence.

Consent to service of process extends to service of process directed to the foreign (out-of-state) limited liability company's agent in this state for a search warrant issued pursuant to California Penal Code section 1524.2, or for any other validly issued and properly served search warrant, for records or documents that are in the possession of the foreign (out-of-state) limited liability company and are located inside or outside of this state. This shall apply to a foreign (out-of-state) limited liability company that is a party or a nonparty to the matter for which the search warrant is sought. For purposes of this consent "properly served" means delivered by hand, or in a manner reasonably allowing for proof of delivery if delivered by United States mail, overnight delivery service, facsimile, or any other means specified by the foreign (out-of-state) limited liability company, including email or submission via an Internet Web portal, the foreign (out-of-state) limited liability company has designated for the purpose of service of process.

B1719-3122 05/01/2023 2:31 PM Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized to sign on behalf of the out-of-state LLC.

| | |
|---|---|
| *Jason Kwon* | *05/01/2023* |
| Signature | Date |

B1719-3123 05/01/2023 2:31 PM Received by California Secretary of State

# Delaware

The First State

B1719-3124 05/01/2023 2:31 PM Received by California Secretary of State

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "OPENAI GLOBAL, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE FIRST DAY OF MAY, A.D. 2023.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "OPENAI GLOBAL, LLC" WAS FORMED ON THE TWENTY-EIGHTH DAY OF DECEMBER, A.D. 2022.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN ASSESSED TO DATE.*

Jeffrey W. Bullock, Secretary of State

7208772  8300

SR# 20231731561

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203249952

Date: 05-01-23