# EXHIBIT 7




BA20250538220



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20250538220 |
| Date Filed: 3/14/2025 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | OpenAI Global, LLC |
| Entity No. | 202356911059 |
| Formed In | DELAWARE |

| Street Address of Principal Office of LLC | |
| --- | --- |
| Principal Address | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 |

| Mailing Address of LLC | |
| --- | --- |
| Mailing Address | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 |
| Attention | |

| Street Address of California Office of LLC | |
| --- | --- |
| Street Address of California Office | None |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ◼ OpenAI GP, L.L.C. | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 |

| Agent for Service of Process | |
| --- | --- |
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

| Type of Business | |
| --- | --- |
| Type of Business | Operating |

| Email Notifications | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| | |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Adam Thompson*
_____
Signature

03/14/2025
_____
Date

B3522-8306  03/14/2025 1:37 PM Received by California Secretary of State