# EXHIBIT 8

3858313

| S&DC-S/N | Statement and Designation by Foreign Corporation |
|---|---|

To qualify a corporation from another state or country to transact intrastate business in California, fill out this form, and submit for filing along with:

- A **$100** filing fee (for a foreign stock corporation) or **$30** filing fee (for a foreign nonprofit corporation), and
- A certificate of good standing, issued within the last six (6) months by the agency where the corporation was formed. **Note:** If the corporation is a nonprofit, the certificate of good standing also must indicate the corporation is a nonprofit or nonstock corporation.
- A separate, non-refundable **$15** service fee also must be included, if you **drop off** the completed form.

*Important!* Corporations in California may have to pay a minimum $800 yearly tax to the California Franchise Tax Board. For more information, go to https://www.ftb.ca.gov.

FILED
Secretary of State
State of California

JAN 07 2016

1 PC

This Space For Office Use Only

For questions about this form, go to www.sos.ca.gov/business/be/filing-tips.htm.

**Corporate Name** (List the exact name of the corporation, as shown in the certificate of good standing. If the name of the corporation is not available for use in the State of California, the corporation must qualify under an assumed name. E.g., "[list the exact name] which will do business in California as [list the proposed assumed name]." For general corporate name requirements and restrictions in California, go to www.sos.ca.gov/business/be/name-availability.htm.)

① OpenAI, Inc.

**Corporate History**

② State or foreign country where this corporation was formed: Delaware

**Service of Process** (List a California resident or a California registered corporate agent that agrees to be your agent to accept service of process in case your corporation is sued. You may list any adult who lives in California. You may **not** list your own corporation as the agent. Do not list an address if the agent is a California registered corporate agent as the address for service of process is already on file.)

③ a. Jonathan Levy
   *Agent's Name*

   b. 335 Pioneer Way      Mountain View       CA  94041
   *Agent's Street Address (if agent is not a corporation) - Do not list a P.O. Box*   *City (no abbreviations)*   *State*  *Zip*

The corporation named in Item 1 above irrevocably consents to service of process directed to it upon the agent designated above, and to service of process on the California Secretary of State if that agent or that agent's successor is no longer authorized to act or cannot be found at the address given.

**Corporate Addresses**

④ a. 335 Pioneer Way      Mountain View       CA  94041
   *Street Address of Principal Executive Office - Do not list a P.O. Box*   *City (no abbreviations)*   *State*  *Zip*

   b. 335 Pioneer Way      Mountain View       CA  94041
   *Street Address of Principal Office in California, if any - Do not list a P.O. Box*   *City (no abbreviations)*   *State*  *Zip*

   c. _____
   *Mailing Address of Principal Executive Office, if different from 4a or 4b*   *City (no abbreviations)*   *State*  *Zip*

**Read and sign below:** This form must be signed by an officer of the foreign corporation.

▶ _[signature]_       Sam Altman            President
Sign here              *Print your name here*    *Your officer title*

| Make check/money order payable to: **Secretary of State** | **By Mail** | **Drop-Off** |
|---|---|---|
| Upon filing, we will return one (1) uncertified copy of your filed document for free, and will certify the copy upon request and payment of a $5 certification fee. | Secretary of State<br>Business Entities, P.O. Box 944260<br>Sacramento, CA 94244-2600 | Secretary of State<br>1500 11th Street, 3rd Floor<br>Sacramento, CA 95814 |

Corporations Code §§ 2105, 2106, Revenue and Taxation Code § 23153
S&DC-STK/NP (REV 04/2014)

2014 California Secretary of State
www.sos.ca.gov/business/be

# Delaware

The First State

Page 1

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "OPENAI, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SIXTH DAY OF JANUARY, A.D. 2016.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS AN EXEMPT CORPORATION.

*Jeffrey W. Bullock, Secretary of State*

5902936  8300C
SR# 20160027686

Authentication: 201612240
Date: 01-06-16

You may verify this certificate online at corp.delaware.gov/authver.shtml