# EXHIBIT 9

BA20241968948



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
|---|
| **-FILED-** |
| File No.: BA20241968948 |
| Date Filed: 11/6/2024 |

**Entity Details**

| | |
|---|---|
| Corporation Name | OPENAI, INC. |
| Entity No. | 3858313 |
| Formed In | DELAWARE |

**Street Address of Principal Office of Corporation**

| | |
|---|---|
| Principal Address | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 |

**Mailing Address of Corporation**

| | |
|---|---|
| Mailing Address | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 |
| Attention | |

**Street Address of California Office of Corporation**

| | |
|---|---|
| Street Address of California Office | None |

**Officers**

| Officer Name | Officer Address | Position(s) |
|---|---|---|
| Chris Clark | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 | Secretary, Chief Financial Officer |
| Sam Altman | 1455 3RD STREET<br>SAN FRANCISCO, CA 94158 | Chief Executive Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
|---|---|---|---|
| None Entered | | | |

**Directors**

| Director Name | Director Address |
|---|---|
| None Entered | |

The number of vacancies on Board of Directors is: 0

**Agent for Service of Process**

| | |
|---|---|
| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
|---|---|
| Type of Business | NON-PROFIT RESEARCH ORGANIZATION |

**Email Notifications**

| | |
|---|---|
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Labor Judgment**

No Officer or Director of this Corporation has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal therefrom is pending, for the violation of any wage order or provision of the Labor Code.

Electronic Signature

☒ By signing, I affirm that the information herein is true and correct and that I am authorized by California law to sign.

*Kara Korosec*  
Signature

*11/06/2024*  
Date

B3175-1710 11/06/2024 1:19 PM Received by California Secretary of State