# EXHIBIT 11



BA20250837449



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA20250837449 |
| Date Filed: 4/24/2025 |

| Entity Details | |
| --- | --- |
| Limited Liability Company Name | OpenAI OpCo, LLC |
| Entity No. | 202357015992 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| Principal Address | 1455 3RD STREET
SAN FRANCISCO, CA 94158 |
| --- | --- |

**Mailing Address of LLC**

| Mailing Address | 1455 3RD STREET
SAN FRANCISCO, CA 94158 |
| --- | --- |
| Attention | |

**Street Address of California Office of LLC**

| Street Address of California Office | None |
| --- | --- |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| ◼ OpenAI Global LLC | 1455 3RD STREET
SAN FRANCISCO, CA 94158 |

**Agent for Service of Process**

| California Registered Corporate Agent (1505) | C T CORPORATION SYSTEM
Registered Corporate 1505 Agent |
| --- | --- |

**Type of Business**

| Type of Business | operations |
| --- | --- |

**Email Notifications**

| Opt-in Email Notifications | No, I do NOT want to receive entity notifications via email. I prefer notifications by USPS mail. |
| --- | --- |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

**Electronic Signature**

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Adam Thompson*
Signature

*04/24/2025*
Date