# EXHIBIT 12



# Claim Form

| | |
|---|---|
| **In the** | HIGH COURT OF JUSTICE (KBD) |
| **Fee Account no.** | PBA0088009 |
| **Help with Fees - Ref no.** (if applicable) | H W F -     -    |

**For court use only**

| | |
|---|---|
| Claim no. | |
| Issue date | |

**You may be able to issue your claim online which may save time and money. Go to www.moneyclaims.service.gov.uk/make-claim to find out more.**



KB-2025-003372

**Claimant(s) name(s) and address(es) including postcode**

(1) X.AI LONDON LTD
    20 AIR STREET, LONDON, W1B 5AN
(2) X.AI LLC
    1450 PAGE MILL ROAD, PALO ALTO, CA 94304, US

**Defendant(s) name and address(es) including postcode**

JIMMY FRAITURE
DEVAN GROVE, 12 SKYLINE APARTMENTS, LONDON, N4 2GJ

**Brief details of claim**

Brief details of the claim and relief sought are set out in Schedule 1 hereto.

**Value**

The Claimants are presently unable to quantify the value of their claim precisely. For the purposes of calculating the Court fee, the value of the claim exceeds £200,000.

| Defendant's name and address for service including postcode | Jimmy Fraiture<br>Devan Grove<br>12 Skyline Apartments<br>London, N4 2GJ | | £ |
|---|---|---|---|
| | | Amount claimed | TBC |
| | | Court fee | £10,646 |
| | | Legal representative's costs | TBC |
| | | **Total amount** | TBC |

For further details of the courts www.gov.uk/find-court-tribunal.
When corresponding with the Court, please address forms or letters to the Manager and always quote the claim number.

**N1** Claim form (CPR Part 7) (12.24)  © Crown Copyright 2024

| Claim no. | |
|---|---|

You must indicate your preferred County Court Hearing Centre for hearings here (see notes for guidance)

n/a

Do you believe you, or a witness who will give evidence on your behalf, are vulnerable in any way which the court needs to consider?

☐ Yes. Please explain in what way you or the witness are vulnerable and what steps, support or adjustments you wish the court and the judge to consider.

✓ No

Does, or will, your claim include any issues under the Human Rights Act 1998?

☐ Yes
✓ No

| Claim no. | |
|---|---|

Particulars of Claim

☐ attached
✓ to follow

## Statement of truth

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☑ **I believe** that the facts stated in this claim form and any attached sheets are true.

☐ **The claimant** believes that the facts stated in this claim form and any attached sheets are true. **I am authorised** by the claimant to sign this statement.

**Note:** you are reminded that a copy of this claim form must be served on all other parties.

**Signature**

Signed by:
*Walter Gilbert*
1A9300A1278F449...

Signed by:
*Walter Gilbert*
1A9300A1278F449...

☑ Claimant

☐ Litigation friend (where claimant is a child or protected party)

☐ Claimant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|---|---|---|
| 10 | 09 | 2025 |

Full name

WALTER GILBERT

Name of claimant's legal representative's firm

Lewis Silkin LLP

If signing on behalf of firm or company give position or office held

HR DIRECTOR AT X AND xAI

Claimant's or claimant's legal representative's address to which documents should be sent.

Building and street

Lewis Silkin LLP, Arbor

Second line of address

255 Blackfriars Road

Town or city

London

County (optional)

Postcode

| S | E | 1 | | 9 | A | X |

If applicable

Phone number

020 7074 8000

DX number

DX 182 CHANCERY LANE

Your Ref.

127227.1

Email

michael.anderson@lewissilkin.com

Find out how HM Courts and Tribunals Service uses personal information you give them when you fill in a form: https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information-charter

SCHEDULE 1 TO CLAIM FORM

(1) X.AI LONDON LTD (2) X.AI LLC v JIMMY FRAITURE

Brief details of claim:

The Claimants are technology companies focussed on artificial intelligence. The Defendant is a former employee of the First Claimant. He continues to owe contractual duties to the First Claimant under an Employment Agreement and Employee Confidential Information and Invention Assignment Agreement, each dated 3 March 2025 and signed by him on 4 March 2025. Further, he continues to owe equitable duties to both Claimants in respect inter alia of their trade secrets.

The Claimants' claim against the Defendant concerns his wrongful copying, retention, disclosure and/or other misuse of its source code and other trade secrets and confidential information. The Defendant has wrongfully copied, retained, disclosed and/or otherwise misused trade secrets or other confidential information belonging to the Claimants, and/or threatens to do so, in circumstances where he knew or should have known that such information was confidential.

The Defendant has acted in breach of the express and/or implied terms of his Employment Agreement and/or Employee Confidential Information and Invention Assignment Agreement, of fiduciary duty, of his equitable duty of confidence and/or insofar as necessary, unlawfully under the Trade Secrets (Enforcement, etc.) Regulations 2018 and/or the Copyright and Rights in Databases Regulations 1997 and/or the Torts (Interference with Goods) Act 1997 and/or he has converted the Claimants' property. Absent restraint by the Court, he will continue to retain and/or misuse such information, and/or take advantage of the unlawful and unfair springboard achieved as a result of his prior unlawful conduct.

The Claimants claim (a) declaratory and injunctive relief (at common law, in equity and/or pursuant to the Trade Secrets (Enforcement, etc.) Regulations 2018, the Copyright and Rights in Databases Regulations 1997, the Torts (Interference with Goods) Act 1997, or on a springboard basis, to deprive the Defendant of any 'headstart' obtained through wrongful conduct); (b) financial remedies in law or in equity, to the extent necessary and quantifiable, together with interest; (c) all necessary accounts, enquiries and directions; (d) such further or other relief as the Court shall think fit; and (e) costs.

Particulars of claim to follow.