# EXHIBIT 13



Travers Smith LLP 10 Snow Hill, London, EC1A 2AL
T: +44 (0)20 7295 3000 | www.traverssmith.com

**By Email only**

Lewis Silkin LLP
Arbor
255 Blackfriars Road
London
SE1 9AX

| | |
|---|---|
| **Our ref:** | TPG/LMA |
| **Doc ID:** | 42722108 |
| **Tel:** | +44 (0)20 7295 3000 |
| **Email:** | tim.gilbert@traverssmith.com |

8 September 2025

Dear Lewis Silkin LLP

**Our client: Jimmy Fraiture**
**Your client: X.AI London Limited ("xAI")**

**1.**   As communicated in our email dated 6 September 2025 (07:10), we are acting for Mr Fraiture.

**2.**   We refer to your letter to Mr Fraiture dated 5 September 2025 (the "**5 September Letter**"), and to your letter to this firm of today's date (the "**8 September Letter**").

**3.**   Our client is currently in the United States, and so there is a delay in our providing advice and receiving instructions. Whilst we were otherwise in a position to respond to the 5 September Letter today, given the further communication from you, it is more appropriate to respond to both letters in a consolidated form. Accordingly, we will endeavour to respond substantively to both the 5 September Letter and the 8 September Letter during the course of tomorrow. In the meantime, and as requested at paragraph 9 of the 5 September Letter:

**3.1**   Our client commenced employment with OpenAI on 2 September 2025, following the termination of his employment with your client. The fact of him joining OpenAI on this date was mentioned prior to the fact by our client to various employees of your client, including our client's ex-manager Toby Pohlen; and

Travers Smith LLP is a limited liability partnership registered in England and Wales under number OC 336962 and is authorised and regulated by the Solicitors Regulation Authority (SRA number 489478).  A list of the members of Travers Smith LLP is open to inspection at our registered office and principal place of business: 10 Snow Hill London EC1A 2AL

**3.2**   We confirm our client will preserve all potentially relevant documents, and that he has disabled any automatic deletion settings on any messaging apps, to the extent they were enabled.

Yours faithfully

*Travers Smith LLP*

Travers Smith LLP