1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of X.AI LLC for Subpoena to OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>X.AI LLC,<br><br>    Petitioner,<br><br>v.<br><br>OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>    Respondents. | Case No. 3:25-mc-80299<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO TAKE DISCOVERY FOR USE IN A FOREIGN PROCEEDING** |

**[PROPOSED] ORDER**

WHEREAS Petitioner X.AI LLC ("xAI") has applied for an order pursuant to 28 U.S.C. §1782 authorizing the issuance of a subpoena to Respondents OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC (the "Application");

WHEREAS xAI seeks to serve this subpoena to obtain discovery for use in connection with an existing breach of contract and trade secret misappropriation action in the UK; and

WHEREAS xAI's Application meets the threshold statutory requirements of 28 U.S.C. §1782, and the *Intel* factors favor the Court exercising its discretion to authorize discovery.

**IT IS HEREBY ORDERED**, that:

The Application is **GRANTED**, and xAI may serve the subpoena that is attached as **Exhibit 1** on OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC.

Dated: _____                    _____

UNITED STATES DISTRICT COURT JUDGE