1  KATHI VIDAL (State Bar No. 194971)
   kvidal@winston.com
2  MATTHEW R. MCCULLOUGH (State Bar No. 301330)
   mrmccullough@winston.com
3  CARSON SWOPE (State Bar No. 353352)
   cswope@winston.com
4  **WINSTON & STRAWN LLP**
   255 Shoreline Drive, Suite 520
5  Redwood City, CA 94065
   Telephone: (650) 858-6500
6  Facsimile: (650) 858-6550

7  *Attorneys for Petitioner X.AI LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re* Application of X.AI LLC for Subpoena to OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>X.AI LLC,<br><br>    Petitioner,<br><br>v.<br><br>OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC<br><br>    Respondents. | Case No. 3:25-mc-80299<br><br>**PETITIONER X.AI LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1(A)** |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Petitioner X.AI LLC. ("Applicant"), by and through its undersigned counsel, hereby makes the following disclosure: Applicant is a privately held corporation. It is wholly owned by X.AI Corp., which is wholly owned by X.AI Holdings Corp. No publicly traded corporation owns 10% or more of Applicant's stock.

| | |
|---|---|
| Dated: September 26, 2025 | By: */s/ Kathi Vidal* <br><br> KATHI VIDAL (State Bar No. 194971) <br> kvidal@winston.com <br> MATTHEW R. MCCULLOUGH (State Bar No. 301330) <br> mrmccullough@winston.com <br> CARSON SWOPE (State Bar No. 353352) <br> cswope@winston.com <br> **WINSTON & STRAWN LLP** <br> 255 Shoreline Drive, Suite 520 <br> Redwood City, CA 94065 <br> Telephone: (650) 858-6500 <br> Facsimile: (650) 858-6550 <br><br> *Attorneys for Petitioner X.AI LLC* |