UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI LLC,<br><br>   Plaintiff,<br><br> v.<br><br>OPENAI, INC., et al.,<br><br>   Defendants. | Case No. 25-mc-80299-JCS<br><br>**ORDER RE APPLICATION FOR DISCOVERY UNDER 28 U.S.C. § 1782**<br><br>Re: Dkt. No. 1 |

X.AI LLC ("xAI") has filed an application pursuant to 28 U.S.C. § 1782 for an order authorizing discovery from Respondents OpenAI, Inc., OpenAI Global, LLC, and OpenAI OpCo, LLC ("OpenAI entities") related to a trade secret misappropriation case that xAI filed in the UK (the "UK Litigation"). The court cannot decide the application without the consent of all parties. *See CPC Pat. Techs. Pty Ltd. v. Apple, Inc*., 34 F.4th 801, 808 (9th Cir. 2022) (holding that section 1782 applications for discovery are dispositive within the meaning of 28 U.S.C. § 636(b)(1)). Accordingly, xAI shall serve this Order on the OpenAI entities by no later than **October 6, 2025** and file proof of service. The OpenAI entities shall file any response to the application by **October 20, 2025**. By the same deadline, xAI and the OpenAI entities shall file the Magistrate Judge Consent/Declination Form indicating whether they consent to the jurisdiction of a Magistrate Judge in this matter. The forms are available at http://cand.uscourts.gov/civilforms. Any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences. If the parties do not consent, the case will be randomly assigned to a District Judge of this court.

   **IT IS SO ORDERED.**

Dated: September 29, 2025

                _____
                JOSEPH C. SPERO
                United States Magistrate Judge