UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| X.AI LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OPENAI, INC., et al.,<br><br>　　　　　　Defendants. | Case No.  25-mc-80299-JCS<br><br>**ORDER FOR RESPONSE TO OPENAI OPPOSITION** |

OpenAI has filed an opposition to xAI's Section 1782 Application. *See* dkt. no. 16. The Court requests that xAI file a response by **October 27, 2025**.

**IT IS SO ORDERED.**

Dated: October 21, 2025

　　　　　　　　　　　　　　　　　　　　　　
JOSEPH C. SPERO
United States Magistrate Judge